UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Carolina A Ayala                                    Case No. 16-10287-RAM
                                                            Chapter 13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows regarding Debtor's real property located at 720 SE 4th Place Hialeah, FL 33010 (street address) and the mortgage on this property held by Caliber Home Loans, Inc. ("Lender"):

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on _____ and the following parties were present:

  1. [ ] The Debtor [and Debtor's attorney], _____
  2. [ ] The co-obligor/co-borrower/or other third party, _____
     _____
  3. [ ] The Lender's representative, _____
     and Lender's attorney, _____
  4. [ ] Other: _____

**B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

  1. [ ] The parties settled prior to attending.
  2. [ ] The case was dismissed.
  3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
  4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
  5. [X] Other: Borrower to proceed with short sale

**C.** The result of the MMM conference is as follows:
  1. [ ] The parties reached an agreement.
  2. [X] The parties did not reach an agreement.

Dated: February 4, 2016                    /s/ Marcia T. Dunn
                                           Signature of Mediator
                                           Marcia T. Dunn, Mediator
                                           555 N.E. 15 Street, Suite 934-A
                                           Miami, FL 33132
                                           Phone: (786) 433-3866
                                           Email: mdunn@dunnlawpa.com

Copies to:
[all parties to mediation]

MMM-LF-13 (rev. 06/24/15)