**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN - LMM (Individual Adjustment of Debts)**

CASE NO.: **16-10287-RAM**

X  1st  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carolina A Ayala _____   CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-2617 _____   Last Four Digits of SS# _____

☐  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:**  Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  48  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $  100.00  for months  1  to  48 ;

    B.    $_____ for months _____to_____;

    C.    $_____ for months _____to _____ in order to pay the following creditors:

Administrative:        Attorney's Fee  $ 3650.00 BK Fee
                       TOTAL PAID    $ 1000.00
                       Balance Due   $  2650.00  payable $ 90.00 month (Months  1  to  10 )
                                                 Payable $ 46.05 month (Months  11  to  48 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)  Mortgages(s)/Liens on Real or Personal Property:

1._____            Loss Mitigation Mediation (TPP)
  _____            Payment $____/month (Months____ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING**
**YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO**
**VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors:  [as defined in 11 U.S.C. §507]
1._____            Total Due $ 0.00   Payable $  0.00 /month (Months ____to ____)

Unsecured Creditors: Pay $__43.95__/month (Months __1__ to __48__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

I declare that the foregoing chapter 13 is true and correct under penalty of perjury.

The debtor will provide copies of his income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan.  The debtor hereby acknowledges that the deadline for providing the Trustee with her filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provided the trustee of her disposable income if her gross household income increases by more than 3% over the previous year's income.

Debtor will surrender 720 SE 4 Place, Caliber Home Loans Loan No: 9802562620.

**/s/ Carolina A Ayala**
**Debtor – Carolina A Ayala**
  **02/19/2016**____
**Date**