**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN - LMM (Individual Adjustment of Debts)**

CASE NO.: **16-10287-RAM**

X   2nd          Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐   _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carolina A Ayala                          CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-2617               Last Four Digits of SS# _____

☐  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ 100.00      for months   1   to   60  ;
    B.    $ _____ for months _____ to _____ ;
    C.    $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee $ 3650.00 BK Fee
                 TOTAL PAID    $ 1000.00
                 Balance Due   $ 2650.00     payable $ 90.00  month (Months  1  to  10  )
                                          Payable $ 87.50 month (Months  11  to  30  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _____           Loss Mitigation Mediation (TPP)
   _____           Payment $____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING
YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO
VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $ 0.00   Payable $  0.00 /month (Months ____ to ____)

<u>Unsecured Creditors:</u> Payment $__2.50__ month (Months __11__ to __30__).
                          Payment $ 87.50  month (Month__31__ to __60__ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
I declare that the foregoing chapter 13 is true and correct under penalty of perjury.
Debtor will surrender 720 SE 4 Place, Caliber Home Loans Loan No: 9802562620.
The Debtor (s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecure claims.

**<u>/s/ Carolina A Ayala</u>**
**Debtor – Carolina A Ayala**
 **_03/02/2016___**
**Date**