UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CAROLINA A. AYALA,

Case No. 16-10287-BKC-RAM
Chapter 13

Debtor.
_____/

## JOINT RESPONSE TO DEBTOR'S AMENDEDOBJECTION TO CLAIM FIVE (5)

COME NOW, Comenity Bank and its agent, Quantum3 Group LLC (hereinafter collectively "Creditor"), by and through their attorney of record, to oppose the Amended Objection to Claim(s) (hereinafter collectively "Objection") (Doc. No. 30) based upon the following:

1. On January 8, 2016, Debtor filed a Chapter 13 petition in the above-entitled case and listed the debt in question in their schedule "F" as undisputed and owed under penalty of perjury:

| Account No. | Basis for Claim | Name of Creditor | Date of Debt Incurred | Amount of Claim |
|---|---|---|---|---|
| Xxxx2049 | Unsecured | Comenity Bank/Express | 12/2014 | $473.00 |

2. On March 14, 2016, Creditor timely filed a general unsecured proof of claim in the bankruptcy case for the revolving credit card account, Claim No. 5  (the "Claim") with an itemization of the balance at the time of the bankruptcy filing.  The claim was filed after December 1, 2012 when Bankruptcy Rule 3001(c) was amended.

3. On March 25, 2016, the Debtor objected to the claim based solely on lack of sufficient documentation, specifically the Debtor demanded an account of all sums received by the

creditor, account statements and the signed application as evidence of a pre-petition Debtor-Creditor relationship.

4. On April 13, 2016, Creditor filed an amended proof of claim, Claim No. 5-2 (the "Amended Claim") to attach copies of several account billing statements for the account even though the current amended Bankruptcy Rule 3001(c) does not require such documentation to be attached.

5. The amendment to Rule 3001(c)(1), effective December 1, 2012 states "Except when a claim is governed by paragraph (3) of this subdivision, when a claim, or an interest in property of the debtor securing the claim, is based on a writing, a copy of the writing shall be filed with the proof of claim…"

6. Rule 3001(c)(3)(A) specifically provides for what information is needed to support a proof of claim. This Rule states that when a claim is based on an open-end or revolving consumer credit agreement, except one for which a security interest is claimed in the debtor's real property, that a statement shall be filed with the proof of claim, including all of the following information that applies to the account:

    (i)    the name of the entity from whom the creditor purchased the account;

    (ii)    the name of the entity to whom the debt was owed at the time of last transaction;

    (iii)    the date of the last transaction;

    (iv)    the date of the last payment on the account; and

    (v)    the charge off date.

7. Therefore, for credit card accounts, which are revolving consumer credit agreements, no writing is required to be attached to the proof of claim, as long as certain data fields are

provided in the claim. Creditor complied with these requirements; therefore, the Amended Claims is entitled to prima facie validity under Rule 3001(f).

8. The Amended claim is entitled to prima facie validity under Rule 3001, and no party disputes the validity of the debt, as the account is scheduled as undisputed.

WHEREFORE, based on the foregoing, Creditor respectfully requests the Court to overrule the Objection to Claim.

DATED: April 16, 2016.

GARY J. LUBLIN, of
Rush, Marshall, Jones and Kelly, P.A.
P.O. Box 3146
Orlando, FL 32802-3146
(407) 425-5500
(407) 423-0554 Facsimile
Attorneys for Creditor
Florida Bar No: 542679
Attorney for Creditor
glublin@rushmarshall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 16th day of April, 2016, by first class postage prepaid U.S. Mail to: Carolina A. Ayala, 720 SE 4 Place, Hialeah FL 33010, Debtor, Luis A. Torrens, Esq., 8045 NW 155 Street, Miami Lakes, FL 33016, Attorney for Debtor, Nancy K. Neidich, P.O. Box 279806, Miramar, Florida 33027-9806, Office of the U.S. Trustee, 51 SW First Avenue, Room 1204, Miami, FL 33130.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in the Local Rule 2090-1(A).

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By:_____
Gary J. Lublin, for the firm
Florida Bar No. 542679
Telephone 407-425-5500
Facsimile 407-423-0554
email: glublin@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Gary J. Lublin
Post Office Box 3146
Orlando, FL 32802-3146
69384